# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 24, 2011

141836

DONNA PITTS,
        Plaintiff-Appellant,

v

KARMANOS CANCER CENTER,
        Defendant-Appellee,

and

CYNTHIA SCOTT,
        Defendant.
_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 141836
COA: 296696
Wayne CC: 09-012440-NH

On order of the Court, the application for leave to appeal the August 20, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

ZAHRA, J., did not participate because he was on the Court of Appeals panel.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 24, 2011

d0516

                           Clerk